### The District Court of the 11th Judicial District.
### County of Flathead.

STATE OF MONTANA,
    Plaintiff,                        **CAUSE NO. DC-10-135C**

vs.                                **DECISION**

JAMES POTTS,
    Defendant.

On June 11, 2010, the defendant was sentenced to four (4) years in the Montana State Prison, for the offense of <u>Count II</u>: Burglary, a Felony. This sentence shall run consecutively with the sentence imposed in Flathead County DC-08-500C. It was the further judgment of the Court that the Defendant shall not be eligible for parole unless and until he successfully completes the Chemical Dependency Treatment.

On November 4, 2010, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Lindsey Pilecki. The state was represented by Ed Corrigan.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 4th day of November, 2010.

DATED this 18th day of November, 2010.

Chairperson, Hon. Blair Jones, Member, Hon. Richard Simonton and Member, Hon. Ray Dayton.